Motion Granted; Dismissed and Memorandum Opinion filed
June 2, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00677-CR

NO. 14-10-00678-CR

____________

 

SHARON ALEXIS TRAHAN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 252nd District Court

Jefferson County, Texas

Trial Court Cause Nos. 07-406 &
07-1523

 



 

MEMORANDUM
OPINION

A written request to withdraw the notices of appeal,
personally signed by appellant, has been filed with this court.  See Tex.
R. App. P. 42.2.  Because this court has not delivered an opinion, we grant
appellant’s request.

Accordingly, we order the appeals dismissed.  We direct the
clerk of the court to issue the mandate of the court immediately.

PER CURIAM

 

Panel consists of Justices
Anderson, Seymore, and McCally.

Do Not Publish — Tex. R. App.
P. 47.2(b).